IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | |
|---|---|
| KAREN LAWRENCE and REBECCA A. OWENS as the next of kin of HELEN PRIMROSE deceased,<br>　　Plaintiffs,<br><br>v.<br><br>KINDRED NURSING CENTERS LIMITED d/b/a SPRING GATE REHABILITATION & HEALTH CARE CENTERS, ET. AL.,<br><br>　　Defendants. | Civil Action No. 04-2780 |

## ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

In accordance with Rule 41(a)(1), and upon consideration of the Notice of Dismissal with Prejudice by Stipulation of the parties to voluntarily dismiss the above-entitled and numbered cause,

IT IS ORDERED that the above-styled and –numbered cause be and the same is hereby dismissed with prejudice as to all Defendants.

HONORABLE J. DANIEL BREEN
U.S. DISTRICT COURT JUDGE

Dated: May 16, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-17-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-02780 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

Peter Byron Gee
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT