UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION



KAREN LAWRENCE and
REBECCA A. OWENS as the
next of kin of HELEN
PRIMROSE, deceased,

VS

KINDRED NURSING CENTERS
LIMITED d/b/a SPRING GATE
REHABILITATION CENTERS &
HEALTH CARE CENTERS, et al.

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 04-2780 Ml/V**

This action having been dismissed by the parties:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Notice of Dismissal filed May 12, 2005, this case is DISMISSED with prejudice.

APPROVED:

JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

May 18, 2005
Date

ROBERT R. DI TROLIO
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-02780 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Peter Byron Gee
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT